## *Haff* v. *Spicer and Potter.*

STARR took an exception to the affidavit on which the defendant moved, because it was not subscribed by him.

*Per Curiam.* It begins with his name, and that is sufficient.

## *Schermerhorn* v. *Schermerhorn.*

IN this cause a judgment in the common pleas was allowed to be set off against one recovered in this court.